## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **MALIBU MEDIA, LLC,** | Docket No.: 16-cv-1739 WJM |
| **Plaintiff,** | |
| v. | **ORDER** |
| **JOHN DOE subscriber assigned IP address 24.0.91.59,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on Defendant's motion to dismiss, to quash the subpoena, and for a protective order; for the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 20th day of March, 2017, hereby,

**ORDERED** that Defendant's motion to dismiss the Complaint is **DENIED**;

**ORDERED** that Defendant's motion to quash the subpoena is **DENIED**;

**ORDERED** that Defendant's motion for a protective order is **DENIED**.

                                        /s/ William J. Martini
                                **WILLIAM J. MARTINI, U.S.D.J.**